

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00029-CV

| | | |
|---|---|---|
| AVENTINE TARRANT PARKWAY APARTMENTS, LP, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-329882-21) |
| V. | § | October 9, 2025 |
| STEPHANIE ETLING, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
  Justice Dana Womack